# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **HILARY CALEB GBOTOE**, | : | |
| *Plaintiff* | : | Case No.   20-cv-0890-JMY |
| v. | : | |
| **LANCASTER COUNTY, PA, ET AL.**, | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 18th day of August, 2021, upon consideration of Defendants' Motion for Summary Judgment (ECF No. 35), and all submissions made in support of the motion, it is hereby ordered that:

(1)    Defendants' Motion for Summary Judgment (ECF No. 35) is  **GRANTED**;

(2)    Judgment is entered for the Defendants; and

(3)    The Clerk of Court shall mark this case **CLOSED**.

**IT IS SO ORDERED.**

                                                                        **BY THE COURT:**

                                                                        */s/ John Milton Younge*
                                                                        **Judge John Milton Younge**